UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAM URIAH,<br><br>          Plaintiff,<br><br>vs.<br><br>LEA ANN CHRONES, et al.,<br><br>          Defendants.<br>_____/ | 1:04-cv-06239-REC-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 34)<br><br>**ORDER DISMISSING ACTION AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR DEFENDANTS** |

     Plaintiff, Elam Uriah ("plaintiff"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On October 19, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within fifteen (15)

1

1  days.  To date, the parties have not filed objections thereto.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendation, filed October 19, 2005, are ADOPTED in full;

2.   This action is DISMISSED for plaintiff's failure to prosecute.

3.   The Clerk of the Court is directed to enter judgment for defendants.

IT IS SO ORDERED.

**Dated:  December 1, 2005**           /s/ Robert E. Coyle
668554                                 UNITED STATES DISTRICT JUDGE

---

[1] On November 3, 2005, the United States Postal Service returned the order served on plaintiff on October 19, 2005, as undeliverable.  A notation on the envelope indicated:  Return to Sender - Attempted Not Known.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  <u>See</u> Local Rule 83-182(f).